## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DR. SANFORD HUTSON, )<br>on behalf of himself )<br>and all others similarly situated ) <br> ) <br>*Plaintiff*, ) <br> ) <br>VS. ) <br> ) <br>LOANDEPOT.COM, LLC, ) <br> ) <br>*Defendant.* ) <br>_____) | CASE NO.: 4:13-cv-00322-BRW <br><br> HONORABLE JUDGE WILSON |

## MOTION OF DISMISSAL

The matter in the above-captioned civil action has been amicably resolved by and among the parties. Plaintiff Dr. Sanford Hutson moves this Court to dismiss with prejudice his individual claims and to dismiss without prejudice any putative class members' claims.

DATED: August 7, 2013                                       Respectfully submitted,

                                                                                     /s/ Randall K. Pulliam
                                                                           Randall K. Pulliam
                                                                           Rebecca Kaufman
                                                                           CARNEY BATES & PULLIAM, PLLC
                                                                           11311 Arcade Dr., Suite 200
                                                                           Little Rock, AR 72212
                                                                           P: 501-312-8500
                                                                           F: 501-312-8505
                                                                           rpulliam@cbplaw.com
                                                                           rkaufman@cbplaw.com