IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANFORD HUTSON**                                                                                          **PLAINTIFF**

**VS.**                                              **4:13-CV-00322-BRW**

**LOANDEPOT.COM LLC**                                                                              **DEFENDANT**

## ORDER

Pending is a Motion to Dismiss (Doc. No. 3) filed by Plaintiff. Plaintiff requests that this case be dismissed because the parties have amicably resolved their dispute.

Based on Plaintiff's representations, the Motion is GRANTED. Accordingly, Plaintiff's individual claims are DISMISSED with prejudice, and any claims of the putative class members are DISMISSED without prejudice.

The Court retains jurisdiction to enforce the terms of any settlement agreement, and, if necessary, vacate this order and reopen this action for good cause shown.

IT IS SO ORDERED this 11th day of August, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE